In the Matter of NEW YORK STATE ELECTRIC CORPORA-
TION, Respondent, against PUBLIC SERVICE COMMISSION
OF THE STATE OF NEW YORK et al., Appellants.

(Submitted February 17, 1930; decided March 18, 1930.)

*Randall Le Boeuf* for motion.
*Charles G. Blakeslee* opposed.

Motion denied, with ten dollars costs.